# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

Clifford W. Taylor,
Chief Justice

128720
(22)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                                  SC: 128720
                                  COA: 259036
                                  Genesee CC: 03-012698

WILLIAM DAVID SCHARR,
    Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's order of October 31, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

_____
Clerk